**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 490 WAL 2016
                                   :
          Respondent       :
                                   : Petition for Allowance of Appeal from
                                   : the Order of the Superior Court
              v.               :
                                   :
                                   :
LEONARD JAMES FORBES, :
                                   :
          Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.